JOHN J. BUONO v. BOARD OF TRUSTEES, TEACHERS'
PENSION AND ANNUITY FUND.

May 17, 1983.

Petition for certification denied.  (See 188 *N.J.Super.* 488)

STATE OF NEW JERSEY v. RUSSELL HALL.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY MITCHELL.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BARWELL.

May 17, 1983.

Petition for certification denied.